RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

83,318-01

Abel Acosta, Clerk   06-10-2015

Respetable Sr.:
Abel Acosta, Cleck

Respetuosamente Me dirijo A usted
por este Medio para Agradecele su
Notificación de Aceptacion a la
Aplicación de 11.07 WRIT OF Habeas
Corpus.

El motivo de dicha aplicación
Fue porque no he Tenido Ninguna
Comunicación con mi Abogado de
apelación, y no sabia si dicha
apelacion esta Vigente.

He Tratado
de Comunicarme con mi Abogado.
Kenneth E. Goode; en Forma escrita
y no he Tenido ninguna Respuesta
de su parte, Mi hermana ha Tratado
de Comunicarse con el par medio de
Telefono y Tampoco ha devuelto los
Llamadas; por este medio me
gustaria saber si usted es Tan
amable de poder darme información
con Respecto a mi Apelacion #
14-14-00405-CR en la corte de
Apelacion No. 14.

Oh si me puede proporcionar el nombre de la persona que me pueda ayudar a obtener dicha información.

Sin otro motivo al respecto me despido de usted muy atentamente.

Victor Manuel Amador
T.D.C.J #01931333 / Tr. Ct. No. 1390566-A
Garza East Transfer Unit   WR-83,318-01
4304 Hwy 202
Beeville, TX. 78102

Victor Amador.